FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 OCT 19 PM 12: 33

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:22CR 085** |
| Plaintiff, | : | |
| | : | JUDGE **J. BARRETT** |
| v. | : | |
| | : | **INDICTMENT** |
| ANTWAN COACH JR. and | : | |
| MARKEL HARDY, | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 924(c) |
| | : | 18 U.S.C. § 1951(a) |
| Defendants. | : | |
| | : | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES**:

## COUNT 1
(Interference with Commerce by Robbery)

On or July 5, 2021, in the Southern District of Ohio, the defendants, **ANTWAN COACH JR.** and **MARKEL HARDY**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants, **ANTWAN COACH JR.** and **MARKEL HARDY**, did unlawfully take and obtain property consisting of marijuana and a firearm from the person of K.W., against his will by means of actual and threatened force, violence, and fear of immediate injury, to K.W.'s person, that is, by brandishing and discharging a firearm at K.W.

In violation of Title 18, United States Code, Sections 1951(a) and 2; *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 2
### (Use of a Firearm During and in Relation to a Crime of Violence)

On or about July 5, 2021, in the Southern District of Ohio, the defendants, **ANTWAN COACH JR.** and **MARKEL HARDY**, knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence that may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a), as set forth in Count 1 of the Indictment.

**In violation of Title 18, United States Code, Section 924(c);** ***Pinkerton v. United States*, 328 U.S. 640 (1946).**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants, **ANTWAN COACH JR.** and **MARKEL HARDY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived from proceeds traceable to the violation, including but not limited to a sum of money equal to the amount of proceeds the defendants obtained as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses set forth in this Indictment, the defendants, **ANTWAN COACH JR.** and **MARKEL HARDY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation(s), including but not limited to:

- a FNH USA, LLC model 509 9 millimeter handgun bearing serial number GKS0129771, with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

/s/
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Ashley N. Brucato*
ASHLEY N. BRUCATO
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEYS

EG