# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-085(2) |
| Plaintiff, | JUDGE BARRETT |
| v. | |
| MARKEL HARDY, | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| Defendant. | **Filed Under Seal** |

The United States Attorney respectfully represents that **MARKEL HARDY (DOB: XX/XX/2001; JMS Number: 1738249)**, defendant in this case, is detained in the custody of the Hamilton County Justice Center, 1000 Sycamore St., Cincinnati, Ohio, 45202.

Petitioner further represents that the above-styled case has been set for Initial Appearance on Indictment before the Honorable Karen L. Litkovitz, United States Magistrate Judge for the Southern District of Ohio.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio and/or to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable Karen L. Litkovitz, at Courtroom 708, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on **October 20, 2022, at 1:30 P.M.** for the purpose of the proceeding stated above and retain

him for forthcoming court proceedings until this case is concluded.

                                                Respectfully submitted,

                                                KENNETH L. PARKER
                                                United States Attorney

                                                s/*Ashley N. Brucato*
                                                ASHLEY N. BRUCATO (0090989)
                                                Assistant United States Attorney
                                                221 East Fourth Street, Suite 400
                                                Cincinnati, Ohio 45202
                                                (513) 684-3711
                                                Ashley.Brucato@usdoj.gov